### CITY OF ADA v. PARKS, Adm'r.

No. 27890. June 14, 1938.

Mack M. Braly, for plaintiff in error.

Pryor & Sandlin and C. E. Wilson, for defendant in error.

PER CURIAM. This is an appeal from an order of the trial court overruling a motion for judgment upon the pleadings. The appeal must be dismissed. In Oklahoma City-Ada-Atoka Ry. Co. v. Parks. 182 Okla. 598, 78 P.2d 791, decided April 12, 1938, this court said:

"An order overruling a motion for judgment on the pleadings is not an appealable order, and where an appeal is taken from such an order prior to the entry of a final judgment or order in the cause. such appeal presents nothing properly reviewable by this court."

See, also, Attaway v. Watkins, 171 Okla. 102, 41 P.2d 914; Oklahoma City Land & Development Co. v. Patterson, 73 Okla. 234, 175 P. 934.

The appeal is dismissed.

BAYLESS, V. C. J., and RILEY, CORN, GIBSON, and HURST, JJ., concur.